UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MARIA RODRIGUEZ,
          Plaintiff,

v.

CARDIAC CARE AND VASCULAR
MEDICINE, PLLC; NANCY KONOVALOV-
NANNA; and MICHELE NANNA,
          Defendants.
------------------------------------------------------------x

**ORDER**

20 CV 9395 (VB)

     Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to White Plains if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

     A civil case may also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

     Plaintiff alleges she resides in Westchester County, but does not allege the claim arose in whole or in major part in any of the Northern Counties. Plaintiff alleges she performed data entry work for defendant Cardiac Care and Vascular Medicine, PLLC, which has its principal place of business located at 1461 Astor Ave., Bronx, NY 10469. Likewise, the complaint contains no allegations regarding the residences of defendants Nancy Konovalov-Nanna or Michele Nanna. Thus, there is no indication that at least half of the parties reside in the Northern Counties.

1

Accordingly, by November 20, 2020 plaintiff's counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18.

Dated: November 12, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge