UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MARIA RODRIGUEZ,

               Plaintiff,

v.

CARDIAC CARE & VASCULAR
MEDICINE, PLLC, NANCY KONOVALOV-
NANNA, and MICHELE NANNA

               Defendants.

------------------------------------------------------------x

**ORDER OF DISMISSAL**

20 CV 9395 (VB)

3|25|21

On March 18, 2021, the parties advised the Court they had reached a settlement in

principle.  (Doc. #27).  By Order dated March 18, 2021, the Court dismissed this case without

costs and without prejudice to restore the action to the Court's calendar provided such an

application was made no later than April 19, 2021.  (Doc. #28).

On March 25, 2021, the Court received by mail the attached letter from the parties

requesting the Court dismiss this case with prejudice.

Accordingly, it is HEREBY ORDERED that this case is dismissed **with prejudice**.

All other deadlines, scheduled conferences, or other scheduled court appearances are

cancelled.  Any pending motions are moot.

Dated: March 25, 2021
       White Plains, NY

                    SO ORDERED:

                    _____
                    Vincent L. Briccetti
                    United States District Judge



RECEIVED
MAR 25 2021
CHAMBERS OF
VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

# ELEFANTE & PERSANIS, LLP
### ATTORNEYS AT LAW
### 670 WHITE PLAINS ROAD
### SCARSDALE, NEW YORK 10583
PHONE:  914 725-4000    FAX:  914 722-6756

RALPH J. ELEFANTE *                                    MARJORIE CAMPBELL.
MATTHEW N. PERSANIS                                    PARALEGAL

**Via ECF**

March 19, 2021

Hon. Vincent L. Briccetti
United Stated District Court
Southern District of New York
300 Quarropas St. , Room 630
White Plains, NY 10601

**Re: Maria Rodriguez v Cardiac Care and Vascular Medicine, PLLC, Nancy Konovolov-Nanna, and Michele Nanna**

**Civil Docket Case No. 7:20-cv- 09395- VB**

Your Honor;

This firm represents Plaintiff Maria Rodriguez in this matter. As noted in Mr. Deserio's March 18, 2021 Letter to the Court, the parties have agreed to resolve this dispute, pursuant to a signed agreement that requires that the parties obtain a dismissal of this action, *with prejudice.* Accordingly, the parties jointly request that the Court amend its March 18, 2021 Order (Dkt. No. 28) which dismissed the action, without costs and without prejudice to Plaintiff's right to restore the action, so that the action is instead dismissed without costs but *with prejudice.* Thank you for your consideration of this request.

Sincerely,

Matthew Persanis (1182)

Cc: Pietro Deserio, Esq.